Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                 Case No.:  11−22918−VFP
                                 Chapter:  13
                                 Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cleon O Webster                                     Roxanne E Webster
   150 Walnut Ave                                   aka Roxanne E Charles−Webster
   Bogota, NJ 07603                               150 Walnut Ave
                                                           Bogota, NJ 07603

Social Security No.:
   xxx−xx−3627                                        xxx−xx−9086

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after September 8, 2016 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 9, 2016
JJW: mg

                                                                           James J. Waldron
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 11-22918-VFP
Cleon O Webster                                                             Chapter 13
Roxanne E Webster
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2016
                              Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
db/jdb         +Cleon O Webster,   Roxanne E Webster,   150 Walnut Ave,   Bogota, NJ 07603-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2016 22:42:12     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2016 22:42:12     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
              Jason Brett Schwartz    on behalf of Creditor    Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com
              Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    ING Bank, FSB Velter.karina@gmail.com
              Marc G. Alster    on behalf of Joint Debtor Roxanne E Webster malster@alsterlaw.com
              Marc G. Alster    on behalf of Debtor Cleon O Webster malster@alsterlaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Marie-Ann  Greenberg (N/A)    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
              Scott D. Sherman    on behalf of Creditor    U.S. Bank National Association, as successor trustee
               to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the
               holders of the First Franklin Mortgage Loan Trust, Mortg ssherman@minionsherman.com
              Steven K. Eisenberg    on behalf of Creditor    Capital One, N.A. seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
               nberg.com
              Steven K. Eisenberg    on behalf of Creditor    ING Bank, FSB seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
               nberg.com
                                                                                              TOTAL: 10