**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cleon O Webster** | Social Security number or ITIN  **xxx–xx–3627** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Roxanne E Webster** | Social Security number or ITIN  **xxx–xx–9086** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **11–22918–VFP**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cleon O Webster

Roxanne E Webster
aka Roxanne E Charles–Webster

8/24/16

**By the court:**   Vincent F. Papalia
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 11-22918-VFP
Cleon O Webster                                                 Chapter 13
Roxanne E Webster
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 4        Date Rcvd: Aug 24, 2016
                              Form ID: 3180W           Total Noticed: 114


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db/jdb       +Cleon O Webster,    Roxanne E Webster,   150 Walnut Ave,    Bogota, NJ 07603-1606
aty          +Jacqueline F. McNally,    Stern and Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
               Cherry Hill, NJ 08034-1925
cr           +Capital One, N.A.,    Asension Capital Group,   POB 165028,    Irving, TX 75016-5028
cr           +Capital One, N.A.,    c/o Stern & Eisenberg, PC,   1040 N. Kings Highway, Suite 407,
               Cherry Hill, NJ 08034-1925
511918983    +Amc Mortgage Services,    Po Box 11000,   Santa Ana, CA 92711-1000
511918986    +Az Educational Loan,    1555 N. Fiesta Blv,   Gilbert, AZ 85233-1020
511918988    +Bank Of America,    C/O Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
513084139    +Bank of America, NA,    c/oP ROBER & RAPHAEL, A LAW CORPORATION,
               20750 Ventura Boulevard, Suite 100,    Woodland Hills, California 91364-6207
512175424    +Baxter Financial LLC,    7 Century Drive,   Parsippany, NJ 07054-4603
511918990    +Bergen Gastroenterology,    466 Old Hook Road, Suite 1,    Emerson, NJ 07630-1377
511918991    +Bill Me Later,    C/O Tate & Kirlin Associates,   2810 Southampton Road,
               Philadelphia, PA 19154-1207
513571302    +Capital One Bank (USA), N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
511918997     Capital One Bank Usa,    Po Box 981400,   El Paso, TX 79998-1400
516180894    +Capital One N.A.,    PO Box 17000,   Baltimore, MD 21297-1000
513557388    +Capital One, N.A.,    1 S. Orange St.,   Wilmington, DE 19801-5006
511919003     Edfinancial Services,    252 N. Peters Rd, Suite 100,    Knoxville, TN 37923
511919004    +Edfinancial/educatio,    120 N Seven Oaks D,   Knoxville, TN 37922-2359
511919005    +Englewood Hospital,    C/O Celentano Stadtmaue & Walenowicz,    1035 Route 46 E, PO Box 2594,
               Clifton, NJ 07015-2594
511919006     Equable Ascent Financial,    C/O Sklar & Markind,    102 Browing Lawn, Bulidng B, Suite 1,
               Cherry Hill, NJ 08003-3195
511919008    +FedEx,   C/O Synter Resourece Group LLC,    5935 Rivers Ave, Suite 102,
               North Charleston, SC 29406-6071
511919012     Fstntwdmortg,   5280 Corp Dr #0002,    Frederick, MD 21701
511919013     Fulton Tax Capital LLC,    C/O Vesta Holdings,   1737 G Ellsworth Industrial Dr NW,
               Atlanta, GA 30318
511919015    +Ge Capital Corp.,    C/O Equable Ascent Financial,    1120 West Lake Co,
               Buffalo Grove, IL 60089-1970
511997169    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
511919019    +Holy Name Hospital,    C/O Savit Collection Agency,    PO Box 250,
               East Brunswick, NJ 08816-0250
511919018    +Holy Name Hospital,    718 Teaneck Road,   Teaneck, NJ 07666-4281
512001779    +Holy Name Hospital,    re: Certified Credit & Collection Bureau,    POB 336,
               Raritan, NJ 08869-0336
513445190    +Holy Name Medical Center,    C/O: C.C. & C.B.,    PO Box 336,   Raritan, NJ 08869-0336
511919021    +Home Loan Services Inc,    150 Allegheny Cent,   Pittsburgh, PA 15212-5335
511919020    +Home Loan Services Inc,    150 Allegheny Center Mall,    Pittsburgh, PA 15212-5335
511919025    +ING Direct,    C/O Brock & Scott, PLLC,   5431 Oleander Drive,    Wilmington, NC 28403-5847
511919024    +ING Direct,    C/O Fein Such Kahn & Shepard,   7 Century Drive, Suite 201,
               Parisppany, NJ 07054-4609
511919029    +Lvnv Funding Llc,    C/O Faloni & Associates,   165 Passaic Ave. Suite 301B,
               Fairfield, NJ 07004-3592
511919030    +Mid-atlantic Pathology Service,    C/O ML Zager PC,    543 Broadway,   Monticello, NY 12701-1127
511919032     Natasha Murrell,    2168 Juniper Ives Court,   Grayson, GA 30017
511919034    +New Century Financial assignee HSBC,    C/O Pressler & Pressler,    7 Entin Road,
               Parsippany, NJ 07054-5020
511919036    +Palisades Collection,    C/O Pressler & Pressler,    7 Entin Road,   Parisppany, NJ 07054-5020
511919037     Palisades Medical Center,    NY Presbyterian Healthcare System,    PO Box 31015,
               Newark, NJ 07101-0130
511919038    +Palisades Radiology Associates,    7600 River Road,    North Bergen, NJ 07047-6217
511919039    +Philip DiPasquale DC,    C/O Pearl & Levy,   175 Fairfield Ave Suite 4B,
               West Caldwell, NJ 07006-6415
512016525    +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,   Trenton, NJ 08625-0548
511919043    +Savit Coll,    Po Box 250,   East Brunswick, NJ 08816-0250
511919044    +Suntander Counsumer USA INC,    PO Box 660633,   Dallas, TX 75266-0633
511919045    +T Moblie,    C/O William W. Sigel Associates,   7 Penn Plz,    New York, NY 10001-3967
511919047     Teaneck Emergency Physicians,    PO Box 13700-3765,   Philadelphia, PA 19191-3765
513114209     U.S. Bank, National Association,et al,    c/o PROBER & RAPHAEL,    ATTORNEYS FOR SECURED CREDITOR,
               P.O. Box 4365,   Woodland Hills, CA 91365-4365
516180896     U.S. Dept. of Education,    PO Box 530260,   Payment Center,    Atlanta, GA 30353-0260
516251690     US Dept of Education,    PO Box 530260,   Payment Center,    Atlanta, GA 30353-0260
511919052    +Us Dept Of Education,    Po Box 5609,   Greenville, TX 75403-5609
```

```
District/off: 0312-2          User: admin               Page 2 of 4              Date Rcvd: Aug 24, 2016
                              Form ID: 3180W            Total Noticed: 114


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2016 23:34:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2016 23:34:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
512058341        EDI: HNDA.COM Aug 24 2016 23:18:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
511919022        EDI: HNDA.COM Aug 24 2016 23:18:00      Honda Financial Services,    PO Box 7829,
                 Philadelphia, PA  19101-7829
511918985       +E-mail/Text: bknotice@erccollections.com Aug 24 2016 23:34:27      AT & T,
                 C/O Enhanced Recovery Collection,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
512093168       +EDI: AFNIRECOVERY.COM Aug 24 2016 23:18:00      Afni, Inc.,    PO BOX 3667,
                 Bloomington, IL 61702-3667
512017884       +EDI: ACCE.COM Aug 24 2016 23:18:00      Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
511918984       +EDI: ACCE.COM Aug 24 2016 23:18:00      Asset Acceptance assignee WFNB,
                 C/O Thomas Murtha, Esq.,    15 E Centre Street PO Box 771,    Woodbury, NJ 08096-7771
511918989       +EDI: BANKAMER.COM Aug 24 2016 23:18:00      Bank Of America,    PO Box 22033,
                 Greensboro, NC 27420-2033
511918987        EDI: BANKAMER.COM Aug 24 2016 23:18:00      Bank Of America,    PO Box 5170,
                 Simi Valley, CA  93062-5170
512020862       +EDI: BANKAMER.COM Aug 24 2016 23:18:00      Bank of America, N.A.,
                 P.O. Box 26012, NC4-105-02-99,    Greensboro, North Carolina 27420-6012
511918992       +EDI: RMSC.COM Aug 24 2016 23:18:00      Brands Mart/gemb,    Po Box 981439,
                 El Paso, TX 79998-1439
511918998        EDI: CAPITALONE.COM Aug 24 2016 23:18:00      Capital One Bank Usa,    Po Box 85015,
                 Richmond, VA  23285-5075
511918993       +E-mail/Text: bcwrtoff@cablevision.com Aug 24 2016 23:35:18      Cablevision,
                 C/O ER Solutions Inc,    200 Jericho Quadrangle,    Jericho, NY 11753-2701
511918994        E-mail/Text: bcwrtoff@cablevision.com Aug 24 2016 23:35:18      Cablevision,
                 200 Jericho Quadrangle,    Jericho, NY  11753-2701
511918995       +E-mail/Text: bankruptcynotices@cbecompanies.com Aug 24 2016 23:34:45
                 Capital One Assignee LVNV Funding,    C/O Nelson Watson & Assciates,
                 80 Merrimack Street Lower Level,    Haverhill, MA 01830-5202
513817990        EDI: CAPITALONE.COM Aug 24 2016 23:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
512139491        EDI: CAPITALONE.COM Aug 24 2016 23:18:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
511918996       +EDI: CAPITALONE.COM Aug 24 2016 23:18:00      Capital One Bank Usa,    Pob 30281,
                 Salt Lake City, UT 84130-0281
515963925       +EDI: AISACG.COM Aug 24 2016 23:18:00      Capital One N.A.,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
515963925       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 25 2016 10:44:33      Capital One N.A.,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
511918999       +EDI: CHASE.COM Aug 24 2016 23:18:00      Chase Bank Usa, Na,    201 N. Walnut St//de1-1027,
                 Wilmington, DE 19801-2920
511919000       +EDI: CIAC.COM Aug 24 2016 23:18:00      Citimortgage Inc,    Po Box 9438,
                 Gaithersburg, MD 20898-9438
511919001       +EDI: NAVIENTFKASMDOE.COM Aug 24 2016 23:18:00      Dept Of Ed/sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
511919002       +E-mail/Text: egssupportservices@egscorp.com Aug 24 2016 23:34:31      Direct TV,
                 C/O NCO Financial,    507 Prudential Rd,    Horsham, PA 19044-2308
511919007       +EDI: ACCE.COM Aug 24 2016 23:18:00      Fashion Bug / World Financial,
                 C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
511919009       +EDI: AMINFOFP.COM Aug 24 2016 23:18:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
511919010       +EDI: AMINFOFP.COM Aug 24 2016 23:18:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
511919011       +EDI: AMINFOFP.COM Aug 24 2016 23:18:00      Fst Premier,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
511919014       +EDI: GMACFS.COM Aug 24 2016 23:13:00      G M A C,    Po Box 105677,    Atlanta, GA 30348-5677
511919016       +EDI: RMSC.COM Aug 24 2016 23:18:00      Gemb/lord And Taylor,    Po Box 981432,
                 El Paso, TX 79998-1432
511919017       +E-mail/Text: tceb@gwinnettcounty.com Aug 24 2016 23:33:30      Gwinnett County Tax Commissioner,
                 PO Box 372,    Lawrenceville, GA 30046-0372
511919023       +EDI: HFC.COM Aug 24 2016 23:18:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
511919026       +E-mail/Text: bankruptcy@capitalone.com Aug 24 2016 23:34:57      ING Direct,
                 1 South Orange Street,    Wilmington, DE 19801-5045
511919027        EDI: IRS.COM Aug 24 2016 23:18:00      Internal Revenue Service,    PO Box # 37008,
                 Hartford, CT  06176-0008
511919028       +E-mail/Text: creynolds@csa-inc.biz Aug 24 2016 23:33:27      Jackson Electric,
                 C/O Collection Svc Of Athe,    110 Newton Bridge Rd Bld,    Athens, GA 30607-1163
512274049       +EDI: RESURGENT.COM Aug 24 2016 23:18:00      LVNV Funding LLC,
                 c/o Resurgent Capital Services, LP,    P O Box 10675,    Greenville SC 29603-0675
511919031        E-mail/Text: bankruptcynotice@nymcu.org Aug 24 2016 23:34:46      Municipal Credit Union,
                 185 Montague St,    Brooklyn, NY  11201
```

```
District/off: 0312-2           User: admin                 Page 3 of 4                   Date Rcvd: Aug 24, 2016
                               Form ID: 3180W              Total Noticed: 114


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513857265      +EDI: AIS.COM Aug 24 2016 23:13:00      Midland Funding LLC,   by American InfoSource LP as agent,
                 Attn: Department 1,   PO Box 4457,   Houston, TX 77210-4457,   Midland Funding LLC 77210-4457
513857264       EDI: AIS.COM Aug 24 2016 23:13:00      Midland Funding LLC,   by American InfoSource LP as agent,
                 Attn: Department 1,   PO Box 4457,   Houston, TX 77210-4457
513571611       EDI: AIS.COM Aug 24 2016 23:13:00      Midland Funding LLC,   by American InfoSource LP as agent,
                 PO Box 4457,   Houston, TX 77210-4457
513606698      +E-mail/Text: bknotice@ncmllc.com Aug 24 2016 23:34:30       National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
511919033      +E-mail/Text: electronicbkydocs@nelnet.net Aug 24 2016 23:34:27       Nelnet Loan Services,
                 Po Box 1649,   Denver, CO 80201-1649
514730262       EDI: PRA.COM Aug 24 2016 23:13:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
514730263       EDI: PRA.COM Aug 24 2016 23:13:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
513867436      +EDI: PRA.COM Aug 24 2016 23:13:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541,   PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
513867435      +EDI: PRA.COM Aug 24 2016 23:13:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
512209532       E-mail/Text: ebn@vativrecovery.com Aug 24 2016 23:34:07       Palisades Acquisition IX, LLC,
                 c/o Vativ Recovery Solutions, LLC,    PO Box 40728,   Houston, TX 77240-0728
512157561       EDI: RECOVERYCORP.COM Aug 24 2016 23:18:00      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
511919040      +EDI: NAVIENTFKASMSERV.COM Aug 24 2016 23:13:00      Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
512298771       EDI: NAVIENTFKASMDOE.COM Aug 24 2016 23:18:00      Sallie Mae Inc., on behalf of the,
                 Department of Education,   P.O. Box 740351,   Atlanta, GA 30374-0351
511919041      +EDI: NAVIENTFKASMSERV.COM Aug 24 2016 23:13:00      Sallie Mae-ffelp,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
512612886      +EDI: DRIV.COM Aug 24 2016 23:18:00      Santander Consumer USA,   Po Box 560284,
                 Dallas, TX 75356-0284
511919046      +E-mail/Text: bankruptcydepartment@tsico.com Aug 24 2016 23:35:12        TD Bank NA,
                 C/O NCO Financial,   Pob 15636,   Wilmington, DE 19850-5636
511919049       EDI: TFSR.COM Aug 24 2016 23:19:00      Toyota Motor Credit,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
511919048      +EDI: CITICORP.COM Aug 24 2016 23:18:00      The Home Depot/cbsd,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
512242359       EDI: VERIZONEAST.COM Aug 24 2016 23:18:00      VERIZON,   PO BOX 3037,
                 BLOOMINGTON, IL 61702-3037
512242330      +EDI: VERIZONCOMB.COM Aug 24 2016 23:18:00      VERIZON,   404 BROCK DR,
                 BLOOMINGTON, IL 61701-2654
511919053      +EDI: AFNIRECOVERY.COM Aug 24 2016 23:18:00      Verizon Inc.,   C/O Afni, Inc,   Po Box 3427,
                 Bloomington, IL 61702-3427
511919056       EDI: VERIZONCOMB.COM Aug 24 2016 23:18:00      Verizon NJ,   Po Box 4830,
                 Trenton, NJ 08650-4830
511919055      +EDI: VERIZONEAST.COM Aug 24 2016 23:18:00      Verizon New Jersey Inc,   500 Technology Dr,
                 Weldon Spring, MO 63304-2225
511919057      +EDI: MID8.COM Aug 24 2016 23:18:00      WAMU,   C/O Midland Credit Managment,   8875 Aero Dr,
                 San Diego, CA 92123-2251
511919058      +EDI: WFNNB.COM Aug 24 2016 23:18:00      Wfnnb/fashion Bug Vi,   Po Box 182273,
                 Columbus, OH 43218-2273
511919059      +EDI: WFNNB.COM Aug 24 2016 23:18:00      Wfnnb/fortunoff,   Po Box 182273,
                 Columbus, OH 43218-2273
511919060      +EDI: WFNNB.COM Aug 24 2016 23:18:00      Wfnnb/lane Bryant,   4590 E Broad St,
                 Columbus, OH 43213-1301
512019836       EDI: Q3G.COM Aug 24 2016 23:18:00      World Financial Network National Bank,
                 Quantum3 Group LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 66

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
trfee*         +Capital One, N.A.,   1 S. Orange St.,   Wilmington, DE 19801-5006
513862096*     +Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457,   Midland Funding LLC 77210-4457
513862095*      Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457
513572330*      Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                 Houston, TX 77210-4457
511919042*     +Sallie Mae-ffelp,   Po Box 9500,   Wilkes-barre, PA 18773-9500
511919051*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,   90 Chrystal Run Rd,
                 Middletown, NY 10940)
511919050*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,   90 Crystal Run Rd Ste 31,
                 Middletown, NY 10941)
511919054*     +Verizon Inc.,   C/O Afni,   Po Box 3427,   Bloomington, IL 61702-3427
```

```
District/off: 0312-2           User: admin               Page 4 of 4              Date Rcvd: Aug 24, 2016
                               Form ID: 3180W            Total Noticed: 114

511919035    ##Northern N.J. Cardiology Associates,   7704 Marine Road,   North Bergen, NJ   07047
                                                                                    TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              Jason Brett Schwartz    on behalf of Creditor    Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com
              Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    ING Bank, FSB Velter.karina@gmail.com
              Marc G. Alster    on behalf of Debtor Cleon O Webster malster@alsterlaw.com
              Marc G. Alster    on behalf of Joint Debtor Roxanne E Webster malster@alsterlaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Marie-Ann  Greenberg (N/A)    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
              Scott D. Sherman    on behalf of Creditor    U.S. Bank National Association, as successor trustee
               to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the
               holders of the First Franklin Mortgage Loan Trust, Mortg ssherman@minionsherman.com
              Steven K. Eisenberg    on behalf of Creditor     ING Bank, FSB seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
               nberg.com
              Steven K. Eisenberg    on behalf of Creditor     Capital One, N.A. seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
               nberg.com
                                                                                               TOTAL: 10
```