| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT D. SHERMAN, ESQUIRE<br>Bar ID: 019961992<br>Minion & Sherman<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424<br>C.270-107.NF | Order Filed on October 12, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Cleon O. Webster<br>and Roxanne E. Webster ,<br>aka Roxanne E. Charles-Webster | Case No.:     __11-22918-VFP__<br><br>Chapter:     __13__<br><br>Hearing Date:    _____<br><br>Judge:    __Vincent F. Papalia__ |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: October 12, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having heard the motion filed by _____Capital One, N.A._____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$24,152.16_____ will be forwarded to _____Capital One, N.A._____ at the following address:

    _Capital One, N.A._____

    _7933 Present Road_____

    _Mail Code 31063-1111_____

    _Plano, TX 75024_____

*new.8/1/15*