|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT D. SHERMAN, ESQUIRE<br>Bar ID: 019961992<br>Minion & Sherman<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424<br>C.270-107.NF | Order Filed on October 12, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Cleon O. Webster<br>and Roxanne E. Webster ,<br>aka Roxanne E. Charles-Webster | Case No.:  \_\_\_\_11-22918-VFP\_\_\_\_<br><br>Chapter:  _____13_____<br><br>Hearing Date:  _____<br><br>Judge:  \_\_\_Vincent F. Papalia\_\_\_ |

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: October 12, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

      The court having heard the motion filed by _____Capital One, N.A._____, and any objections filed, it is

      ORDERED that the motion is GRANTED and the amount of _____$24,152.16_____ will be forwarded to _____Capital One, N.A._____ at the following address:

    Capital One, N.A.

    7933 Present Road

    Mail Code 31063-1111

    Plano, TX 75024

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Cleon O Webster
Roxanne E Webster
       Debtors

Case No. 11-22918-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 12, 2016
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.
db/jdb        +Cleon O Webster,   Roxanne E Webster,   150 Walnut Ave,   Bogota, NJ 07603-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:
           Jason Brett Schwartz     on behalf of Creditor    Portfolio Recovery Associates, LLC
            jschwartz@mesterschwartz.com
           Joshua I. Goldman     on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Karina Velter     on behalf of Creditor    ING Bank, FSB Velter.karina@gmail.com
           Marc G. Alster     on behalf of Debtor Cleon O Webster malster@alsterlaw.com
           Marc G. Alster     on behalf of Joint Debtor Roxanne E Webster malster@alsterlaw.com
           Marie-Ann Greenberg     magecf@magtrustee.com
           Marie-Ann Greenberg (N/A)     on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com
           Scott D. Sherman     on behalf of Creditor    Capital One, N.A. ssherman@minionsherman.com
           Scott D. Sherman     on behalf of Creditor    U.S. Bank National Association, as successor trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the holders of the First Franklin Mortgage Loan Trust, Mortg ssherman@minionsherman.com
           Steven K. Eisenberg     on behalf of Creditor    Capital One, N.A. bkecf@sterneisenberg.com,
            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
           Steven K. Eisenberg     on behalf of Creditor    ING Bank, FSB bkecf@sterneisenberg.com,
            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
                                                                                                      TOTAL: 11