Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  11−22918−VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Cleon O Webster                                             Roxanne E Webster
  150 Walnut Ave                                            aka Roxanne E Charles−Webster
  Bogota, NJ 07603                                     150 Walnut Ave
                                                                      Bogota, NJ 07603

Social Security No.:
  xxx−xx−3627                                                        xxx−xx−9086

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 21, 2016</u>                 <u>Vincent F. Papalia</u>
                                                Judge, United States Bankruptcy Court